469 A.2d 285

Commonwealth v. DeLange, Appellant.

Submitted September 13, 1983. Kalvin Kahn, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.